# JS-6

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| Helena Yeboah,<br><br>       Plaintiff,<br><br>       v.<br><br>United State of America,<br><br>       Defendant. | Case No. CV 20-4471-GW-GJSx<br><br>**JUDGMENT**<br><br>[Fed. R. Civ. P. 68]<br><br>Honorable George Wu<br>United States District Judge |

On March 23, 2021, the United States of America served on plaintiff Helena Yeboah an Offer of Judgment in the amount of $2,250 pursuant to Federal Rule of Civil Procedure 68. On April 6, 2021, Helena Yeboah served on the United States of America notice that she was accepting the Offer of Judgment.

Accordingly, pursuant to Federal Rule of Civil Procedure 68, judgment is entered in favor of plaintiff Helena Yeboah and against defendant United States of America, in the amount of $2,250. This amount includes Ms. Yeboah's fees and costs.

Dated: April 13, 2021

_____

HON. GEORGE H. WU,
U.S. DISTRICT JUDGE

Presented by,

TRACY L. WILKISON
Acting United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, General Civil Section

  /s/ Timothy D. Biché
TIMOTHY D. BICHE
Assistant United States Attorney

Attorneys for Defendant
United States of America

1